1           **UNITED STATES DISTRICT COURT**
           **FOR THE DISTRICT OF NEW JERSEY**
2
3   _____

    RUTH T. MCLEAN,                    CIVIL ACTION NUMBER:
4
         Plaintiffs,                   3:19-cv-17310-BRM-LHG
5
         v.                            CASE MANAGEMENT
6
    800 DC, LLC,
7
         Defendants.
8   _____
                 Clarkson S. Fisher Building & U.S. Courthouse
9                402 East State Street
                 Trenton, New Jersey  08608
10               January 7, 2020
                 Commencing at 10:00 a.m.
11
    **B E F O R E:**            THE HONORABLE BRIAN R. MARTINOTTI,
12                              UNITED STATES DISTRICT JUDGE

13  **A P P E A R A N C E S:**

14       RUTH T. MCLEAN
         P.O. Box 137
15       Plainsboro, NJ 08536
         Pro se Plaintiff
16
         KRAVIS & WURGAFT, PC
17       BY:  MATTHEW A. WURGAFT, ESQUIRE
         201 Washington Street
18       Newark, NJ 07102
         For the Defendant
19

20

21          Megan McKay-Soule, Official Court Reporter
                      megansoule430@gmail.com
22                      (215) 779-6437

23

    Proceedings recorded by mechanical stenography; transcript
24       produced by computer-aided transcription.

25

1                  (PROCEEDINGS held in open court before The Honorable
2        BRIAN R. MARTINOTTI, United States District Judge, on January
3        7, 2020, at 10:00 a.m.)
4                  THE COURT:  What's your name?
5                  MS. MCLEAN:  Ruth Thompson McLean.
6                  THE COURT:  There's a motion pending.
7                  MS. MCLEAN:  Yes.
8                  THE COURT:  This going to be the argument.
9                  MS. MCLEAN:  Yes.  I'm here as an American national.
10                 THE COURT:  Can you step up?  Because I can't hear
11       you.
12                 MS. MCLEAN:  I'm here as an American national.  I
13       need to make my statement from here.  Can you hear me now?
14                 THE COURT:  Yes.  Go ahead.
15                 MS. MCLEAN:  So I'm here as an American national.
16       I'm here as a special appearance.  I'm here under the Treaty
17       of Peace and Friendship.  I'm here peacefully to settle a
18       constitutional matter.  That's my status in this court.
19                 THE COURT:  Would you like to be heard on the merits?
20       There's a motion --
21                 MS. MCLEAN:  Yes.  Yes, sir.
22                 THE COURT:  But you need to come up.
23                 MS. MCLEAN:  Yes.  I'm coming up.
24                 THE COURT:  Okay.  We are on the record.  Counsel,
25       your appearance, please.

1          MR. WURGAFT:  Thank you, Your Honor.  Matthew

2   Wurgaft, Law Offices of Kravis & Wurgaft for the defendant 800

3   DC.

4          THE COURT:  Ma'am, your status has been recognized.

5          MS. MCLEAN:  Thank you.

6          THE COURT:  Your name for the record, please.

7          MS. MCLEAN:  Ruth Thompson McLean.

8          THE COURT:  Okay.

9      You may be seated.  Before this Court is the

10  defendant's -- you can be seated -- motion for summary

11  judgment.  Actually, a motion to dismiss pursuant to 12(b)(1)

12  and 12(b)(6).  This Court notes that there was an application

13  for a preliminary injunction that this Court heard in October.

14  Specifically, on October 16th.  At that time the Court denied

15  the application for preliminary injunction and set forth the

16  facts pled in the plaintiff's complaint at length.  The Court

17  incorporates that recitation of the facts into this motion.

18  That motion resulted in an order denying the application,

19  which was ECF 18.  This motion followed.

20      It's noted at the oral argument of the prior motion the

21  Court considered plaintiff's motion for injunctive relief and

22  denied that relief as her claims failed to demonstrate the

23  likelihood of success based on Rooker-Feldman.

24      This is a motion to dismiss.  The Court will entertain

25  this under 12(b)(6).  In deciding a motion to dismiss under

1  12(b)(6), the district court is required to accept as true all

2  the factual allegations in the complaint and draw all

3  inferences in the facts alleged in a light most favorable to

4  the plaintiff. *Phillips* 515 F.3d at 228. A complaint

5  attacked by 12(b)(6) to dismiss does not meet the factual

6  allegations. *Bell Atlantic v. Twombly* 550 U.S. 544.

7       Plaintiff has an obligation to provide grounds for the

8  entitlement of relief if the relief requires more than labels

9  and conclusions in a formulaic recitation of the elements of a

10  cause of action. That is *Twombly* citing to *Papasan v. Alleyne*

11  478 U.S. 256. A Court is not bound to accept as true the

12  legal conclusions as factual allegations. *Papasan* at 286.

13  Instead, assuming the factual allegations in the complaint are

14  true, the factual allegations must be enough to rise to a

15  right for relief above the speculative level.

16       To survive a motion to dismiss, a complaint must

17  contain sufficient factual matters accepted as true to state a

18  claim for that relief as plausible on its face. *Ashcroft v.*

19  *Iqbal* 556 U.S. 622 citing to *Twombly*. A claim has facial

20  plausibility when the pleaded factual content allows the Court

21  to draw the reasonable inference that a defendant is liable

22  for the misconduct alleged.

23       Under 12(b)(1) permits dismissal of a complaint for

24  lack of subject matter jurisdiction. In evaluating this

25  motion, no presumptive truthfulness attaches to plaintiff's

1   allegations and the existence of disputed material facts will

2   not preclude the trial court from evaluating for itself the

3   merits of jurisdictional claims.  *Mortensen v. First Federal*

4   *Savings and Loan* 549 F.2d 844.  Here, the genesis of the

5   defendant's motion is that this matter is precluded under the

6   Rooker-Feldman doctrine which derives from 28 U.S.C. 1257 and

7   basically states:  Final judgment or decrees rendered by the

8   highest court of a state in which a decision could be had may

9   be reviewed by the Supreme Court by writ of certiori where the

10  validity of a treaty or statute the United States is drawn in

11  question or where the validity of a statute or any state is

12  drawn in question on the ground of it being repugnant to the

13  constitution treaties or laws of the United States.

14          In Rooker-Feldman a party to a state court action that

15  has been affirmed by the state Supreme Court brought a bill in

16  equity in the federal district court seeking to have a state

17  court judgment declared null and void as being in violation of

18  the constitution.  In rejecting the federal action the Court

19  explained it affirmatively appeals from the bill that the

20  judgment was rendered in course wherein the circuit court had

21  jurisdiction of both the subject matter of the parties, that a

22  full hearing was had, that the judgment was responsive to the

23  issues and that it was affirmed by the Supreme Court of the

24  state on appeal.

25          Here the defendant argues that the Rooker-Feldman

1    doctrine applies for several reasons.  Number one, there was a

2    Michigan state court proceeding.  Number two, there was a New

3    Jersey state court proceeding.  And number three, there was a

4    bankruptcy matter that was later withdrawn by the plaintiff.

5         Counsel, I'll hear your argument.

6         MR. WURGAFT:  Thank you, Your Honor.  Respectfully,

7    Your Honor, this Court does not have subject matter

8    jurisdiction of the plaintiff's claims.  As Your Honor just

9    intimated, 28 U.S.C. 1257, in conjunction with the

10   Rooker-Feldman doctrine and its case law, requires that the

11   plaintiff has exhausted her appeals up to the state forum's

12   highest court before applying only to the Supreme Court of the

13   United States in order to redress these grievances that she's

14   sued the defendant on in this court at the trial level.

15        Plaintiff has submitted no opposition to our motion.

16   As stated in terms of our 12(b)(1) motion to dismiss pursuant

17   to lack of subject matter jurisdiction, it is the plaintiff's

18   burden to show that this Court maintains subject matter

19   jurisdiction.

20        Your Honor, the plaintiff is asking this Court to

21   second-guess procedures by the Michigan state court and the

22   New Jersey state courts --

23        THE COURT:  So let's talk about Michigan.  What

24   happened in Michigan?

25        MR. WURGAFT:  In Michigan, Your Honor, there was a

1   trial.  There was an order issued awarding the plaintiff in

2   that case -- the defendant here -- damages.  There was an

3   order awarding the plaintiff in that case -- the defendant

4   here -- attorney's fees and judgment entered in the amount of

5   approximately $16,900.  Something like that.

6           THE COURT:  Was there an appeal?

7           MR. WURGAFT:  There was no appeal, Your Honor.

8           THE COURT:  Go ahead.

9           MR. WURGAFT:  I apologize.

10          THE COURT:  And then that judgment was domesticated

11  in New Jersey?

12          MR. WURGAFT:  Even before that, Your Honor, the

13  defendant had made a motion -- I believe it was through

14  counsel -- in Michigan for a summary disposition addressing

15  some of the claims that she now seeks to have redressed by

16  this court.  That motion was denied in Michigan.  As Your

17  Honor stated, that judgment, the Michigan judgment, was then

18  duly domesticated in the state of New Jersey.  Challenges were

19  brought by the plaintiff in this case.  They were rejected at

20  the trial court level.  They were not appealed and then this

21  action followed.

22          As the Court has stated, the plaintiff in this case was

23  required to -- even before New Jersey -- appeal the judgment

24  in the state of Michigan, which she did not do.  The judgment

25  was then domesticated in New Jersey.  The challenges that were

1   denied were also not appealed in the state of New Jersey.  And

2   now we're in a court that lacks jurisdiction to hear the

3   plaintiff's matters.

4          Our papers are clear.  Your Honor has stated the law.

5   It's our position that the Plaintiff continues to abuse this

6   court in this lawsuit and that it must be dismissed.

7          THE COURT:  And the bankruptcy filing is just of no

8   consequence?

9          MR. WURGAFT:  Pretty much.  I mean, it stayed our

10  efforts to collect on our judgment but then was voluntarily

11  dismissed.

12         THE COURT:  Ma'am, would you like to be heard?

13         MS. MCLEAN:  Yes.  For the record, I'd like to find

14  out the statements that were made.  Is his being -- Mr.

15  Wurgaft is a counsel for affiant.  Is that affiant present in

16  the court?  Because I'm just -- I'm just trying to understand

17  the process here that there's a notice sent out that these

18  statements are being made for an affiant that is supposed to

19  be in this courtroom.

20         THE COURT:  Ma'am, let me ask you this.  Was there a

21  trial in Michigan?

22         MS. MCLEAN:  Sir, I'm trying to move forward, but I'd

23  like to know who is my accuser.  So, yes, there was something

24  in Michigan and there was no affiant there either.  There's

25  never been anyone that made these statements against me.

1          THE COURT:  But you appeared in Michigan, correct,

2   ma'am?

3          MS. MCLEAN:  There was a special appearance in

4   Michigan, yes, there was, but there was no one there that ever

5   filed a complaint against me.  There's been no one that filed

6   a complaint against me.  The statements that are being made, I

7   would like to know where they are coming from, who are making

8   these statements?  Who brought me to where I'm a disposition

9   right now?  So I'd like to, before I proceed, know who is

10   making these statements against me.

11          THE COURT:  Ma'am, I don't understand your question.

12   As I understand the record, there was a trial in Michigan that

13   ultimately resulted in a judgment against you.  There was no

14   appeal from that judgment.  That judgment was then

15   domesticated in New Jersey.  You filed a complaint in New

16   Jersey that you lost and there was no appeal from that

17   judgment either.  Is that a correct statement?

18          MR. WURGAFT:  Yes, Your Honor.  Yes.

19          THE COURT:  Thanks.

20          MS. MCLEAN:  Is Mr. Wurgaft going to be sworn in to

21   make statements against me?  Because he's testifying against

22   me.  And I'd also like to know, sir, is this a court of

23   record?  Are you a constitutional Article III judge?  Is this

24   the right court that I'm in here?  Is this a federal court of

25   an Article III judge?  Is this a court of record?  Do you have

1    an oath to the constitution?  Can you please put that for the

2    record?

3          THE COURT:  I'm not going to answer your questions,

4    ma'am.

5          MS. MCLEAN:  Oh, okay.

6          THE COURT:  Counsel is arguing based on the record.

7          MS. MCLEAN:  Okay.  So this is not a constitutional

8    Article III court, a court of record?

9          THE COURT:  You can draw whatever inference you would

10   like, ma'am.  Would you like to be heard in opposition to the

11   motion?

12         MS. MCLEAN:  So there's not going to be an affiant so

13   Mr. Wurgaft is making testimony against me on -- as being an

14   affiant.  Is there someone that has made these statements that

15   Mr. Wurgaft, counsel, who is going to be put for the record as

16   who is making these statements?  A born, alive, someone --

17   actually a living, breathing person that is making statements

18   that brought me to this court that has a judgment against me.

19   That's why I'm in this court.  Is there a living person to be

20   put on record?

21         MR. WURGAFT:  Your Honor, the plaintiff brought

22   herself to this court by filing this lawsuit, number one.

23   Number two, as the Court is aware --

24         MS. MCLEAN:  I object under 801 hearsay.

25         THE COURT:  Wait, wait.  Ma'am, please don't

1    interrupt him.

2              MR. WURGAFT:  Your Honor, again, the plaintiff

3    brought herself to this court by filing this lawsuit.  She is

4    the plaintiff.  In terms of representation, I represent a

5    client.  A client has hired me to represent their interests.

6    I am here authorized to speak on their behalf.  I am not sure

7    what the plaintiff is referring to as far as affiant.  She may

8    be confusing criminal prosecution with civil matters.  I'm

9    really not sure.  But at its base, these are efforts to delay

10   this hearing and to delay the inevitable, Your Honor.

11             THE COURT:  Okay.

12             Ma'am, would you like to address the merits of the

13   motion?

14             MS. MCLEAN:  Yes, I will.  I don't know how to

15   proceed if I don't know who is making statements against me.

16             THE COURT:  Ma'am, did you read the motion that was

17   filed by the defendant?

18             MS. MCLEAN:  Sir, who's making statements against me?

19             THE COURT:  I've heard enough.

20             MS. MCLEAN:  For the record, please.

21             THE COURT:  Understood.  Before this is Court is the

22   defendant's motion to dismiss.  The Court has set forth the

23   factual record upon which --

24             MS. MCLEAN:  Sir --

25             THE COURT:  Ma'am, I'm speaking.

1        MS. MCLEAN:  Sir, I'm --

2        THE COURT:  The Court -- ma'am, please, I am

3   speaking.  If you would like to address the merits of the

4   motion, I will hear you.  If you insist on who the affiant is,

5   we are past that point.  Counsel is -- ma'am, please.  Counsel

6   is arguing based on the record.  You have an opportunity to

7   oppose this motion, and I will entertain your verbal

8   opposition now.  If you are going to insist on asking this

9   Court whether or not it is constitutionally qualified, I am

10  not going to proceed on that track.  If you are going to

11  insist on asking who the affiant is, I am not going to proceed

12  on that track.  If you would like to argue the merits of the

13  motion, I will entertain that argument.  Would you like to

14  argue the merits of the motion?

15       MS. MCLEAN:  Sir, I would proceed to the best of my

16  ability.  I will begin with, for the record, this comment,

17  civil rights of procedure, diversity of jurisdiction, chapter

18  5 where it states there is no place to start like the

19  beginning and the usual beginning for the defendant is receipt

20  of a summons from the court with an order to appear and defend

21  a lawsuit.  It is never a prospect that invokes such

22  enthusiasm but the reception is likely to be even chillier if

23  the suit has been filed in a distant state.

24       The defendant will want to know why on earth the

25  plaintiff was chosen to sue in a court a thousand miles away

1    and perhaps, more to the point, whether she can sue there.

2    The answer to the second question lies surrounded in one of

3    the foggiest realms of civil procedure.  The doctrine of

4    personal jurisdiction even since the landmark case of *Pennoyer*

5    *v.* -- that's spelled P-E-N-N-O-Y-E-R -- *v. Neff*, N-E-F-F, 95

6    U.S. 714 (1877), the Supreme Court has continuously held that

7    plaintiffs are not free to bring suit wherever they choose.

8    The Fourteenth Amendment of the United States Constitution

9    forbids the state from depriving any person of life, liberty

10   or property without due process of law.  A state would violate

11   this guarantee if it occurs entering judgment against

12   defendants who follow a fair judicial procedure.  And fair

13   procedure includes not only such traditional elements as the

14   right to counsel or to cross-examine witnesses, but also

15   appropriate limits on the place where a defendant can be

16   required to defend a lawsuit.  This was not adhered to in my

17   case.

18        Also in chapter 5, diversity of jurisdiction, it says

19   one of the major categories of cases that the framers

20   authorize federal courts to hear is the so-called diversity

21   jurisdiction described in Article III, section 2, as cases

22   between citizens of different states.  In diversity cases as

23   in some others -- in Article III, section 2, the subject

24   matter jurisdiction of the federal courts is defined by who

25   the parties to the suit are rather than the subject matter of

1   the underlying dispute.  The plaintiff in a diversity case may

2   seek recovery on a battery theory, a fraud claim, a right

3   created by the state.

4        I am saying that the court that this matter was heard

5   in, that it began deliberately in the wrong court to cause me

6   damages.  My -- my suit in this court is about whether or not

7   that court was the right court.  The information shows that it

8   should have been -- since I was never in Michigan and I never

9   had a business there, that the court should have been a

10  federal court and that adhered to diversity of citizenship

11  clause.

12       I did put a writ in to defendant's counsel that -- to

13  show that that was the right court because they -- that was my

14  cause of action because they did not put on record whether or

15  not that court was authorized to adjudicate in -- in that case

16  has not been put on record and has still not been put on

17  record what was the jurisdiction of that court beside.  That

18  has still not been known.  I have challenged jurisdiction.  It

19  has not been responded to and this is the reason why I'm here

20  because information showed that this is the court this -- if

21  this is an Article III court that I am in, that this is the

22  court that would hear this matter.

23       The rules of this court is -- of procedure is that

24  original signature required of an affiant, insurance of

25  summons, service of summons.  I never received a summons to go

1   to that court.  Personal service, judges' oaths, attorneys'

2   oath, verification of pleadings.  Affiant is competent to

3   testify.  There's not been a person that has signed a

4   certificate against me or responded to this court.  So that's

5   one of the points I was bringing up.  Everything that was

6   presented has not been by a board member or officer of that

7   court.  That is the reason I was trying to ask whether or not

8   there is an actual person that is making claims against me.

9        The rules of the court procedures on any form of

10  relationship between the judge, any one of parties.  There's

11  also rules of the court.  Fifteen rules of procedure mandate a

12  corporation, officer or board member of such is a party in

13  standing.  I'm here because this court is a court that is of

14  diverse citizenship which means I am from New Jersey and that

15  court is from Michigan.  It is a local municipal court and I

16  am trying to get the laws that that court is allowed to reach

17  into New Jersey and seize property in -- from Michigan to

18  seize property in New Jersey.  The question of jurisdiction,

19  there is no discretion to ignore the lack of jurisdiction.

20  See *Joyce v. U.S.* 747 F.2d. 215.  The universal -- at the

21  universal principle as old as the law is that a proceeding of

22  a court without jurisdiction are a nullity and this judgment

23  therefore without effect either on person or property.  See

24  *Norwood v. Renfield* 34 C 329.

25       *Parte*, P-A-R-T-E, Giambonini, G-I-A-M-B-O-N-I-N-I, 49 P

72.  The argument that's brought up that there is no appeal,
it was based on no response as to the jurisdiction of that
court beside it was not a court that had authority to go ahead
and adjudicate against me.  It did -- was not a federal court
that adhered to diversity of citizenship.  Therefore,
beginning in the wrong court would put me in the wrong court
of appeals.  So even if I were -- had the money or to -- or
could afford to go to Michigan and appeal it, it would have
been overturned because it would have been in the wrong court.
It did not start at the federal level so, therefore, the
appeal could only be in a court that would have not been the
correct court.

        I'm here today to defend that -- that there has never
been any law put on record from the -- from the counsel for
whoever this claimant is that that court was the correct
court.  That has not been addressed as whether or not that
court was a diversity of citizenship court.  The subpoena,
that was not expressed in the first hearing about injunctive
relief.  This is the proof of the subpoena that if I do not
answer there's highlighting that I will be jailed, a warrant
for the defendant's arrest may issue out of the court without
further notice.  So there is danger of me being in jail if I
do not give this subpoena dated November 16th, for the record.
It says I have to give them my Social Security number.  I have
to give all my bank accounts.  Information about my car, any

1   assets.  And the track is that they are going to sweep my bank

2   accounts which means I will have no money to basically

3   survive.  I will have no money to take care of my family.  And

4   this is a danger that I'm looking at.  I am not sure how I'm

5   going to survive if they will be sweeping my accounts for any

6   money that I receive.

7        So this was not mentioned in the first hearing and this

8   is what I wanted to bring forth as injunctive relief to hold

9   until this case move forward.  That's one of the main things.

10  I have been trying to get information about who are these

11  people since I don't know exactly who they are.  I sent a

12  question asking them for response.  That has not been

13  responded to.  I don't know who exactly is filing these claims

14  against me.  That has never been disclosed.  I also gave a

15  writ to the counselor to identify what are the -- what are the

16  laws that was able to put that judgment against me if no one

17  ever filed a claim against me, if I've never received a

18  summons.  All of these were violations of my constitutional

19  rights to due process.

20       I went to a court that they have not shown any -- had

21  any jurisdiction to proceed and also did not have the subject

22  matter jurisdiction to proceed and to seize the property in

23  New Jersey.  The jurisdiction writ of challenge with an

24  affidavit was sent on October 30th and it highlights that this

25  is a jurisdictional writ affidavit.  It's Ruth McLean by

1   limited appearance to the matter in the court of record with

2   clean hands without prejudice and with all rights reserved

3   under the UCC1-308 in dealing with this court in proper

4   persona.  Not pro se.  Have not seen any evidence that proves

5   they have a liability for the all-capital-letter name above to

6   challenge the persona and chetal subject matter jurisdiction.

7        The court -- the Supreme Court case of 1795 *Penhallow*

8   -- I'll have to spell it -- P-E-N-H-A-L-L-O-W v. D-O-A-N-E,

9   Administrators highlighted 3 U.S. 54 LI at ED 573 D-A-L-L 546

10  defines governments.  Governments are corporations in as much

11  every government is an artificial person, an abstraction, and

12  a preacher of the mind only.  A government can interfere only

13  with other artificial persons.  This is the first page that

14  I'm trying to read.  In response from the party petitioner,

15  plaintiff asserted proper jurisdiction throughout this case

16  must be made on a point by point basis for all the moving

17  party petitioner plaintiff actions, filings and motions are

18  true and correct in relation to proper state laws, codes,

19  rules, regulation, statutes used to conduct this case that

20  proper jurisdiction was always maintained from the record

21  including the complete summons.

22        None of this was done in this case.  Even if I had

23  gone, had the funds, it would have been the wrong appeal

24  court.  That was not going to be something that would have

25  heard in that court.  It would have been dismissed.  Legal

1   advice told me to wait until this matter was here in Jersey to

2   address it.  Even when I tried to address it, that was even

3   the wrong court.  That was not a federal level court that was

4   able to hear these hearings.  This is the reason I am here now

5   because according to my research this is the right court at

6   this point that has not been verified.  I have asked a

7   question and it has not been verified.  So this is the reason

8   I'm here now because nothing has been on record as to the

9   jurisdiction of the Michigan court to preside.  I -- I -- I

10  believe that based on everything -- and it's not been

11  confirmed -- that's why I asked for this writ, that that court

12  has violated my rights to the -- the constitutional rights of

13  due process due to not putting on record their jurisdiction to

14  proceed based on affidavits that was sent saying that I lived

15  in Plainfield.  That I never did.  There was no summons that

16  was ever given to me.  Based on there's no claim that has ever

17  submitted a signed affidavit or certificate showing that I

18  have caused them damage.  All of this was damage to my rights

19  to due process on the Constitution of America.

20          THE COURT:  Okay.  I understand your argument.

21      Before this Court is the defendant's motion for a

22  dismissal under 12(b)(1) and 12(b)(6).  The Court has set

23  forth on the record the necessary facts.  The Court has heard

24  the argument of defense counsel and has read and heard the

25  arguments of the plaintiff.

1      There are three things that are clear.  Number one,

2  there was a trial in Michigan that resulted in a judgment

3  against the plaintiff.  There was no appeal taken from that

4  judgment.  Number two, that judgment was domesticated in New

5  Jersey.  The plaintiff fought that judgment in New Jersey.

6  Lost in state court.  There was no appeal taken.  Three, there

7  was a bankruptcy filed in New Jersey that was voluntarily

8  withdrawn by the plaintiff.

9      Based on Rooker-Feldman, this is a clear Rooker-Feldman

10  case and, therefore, this Court does not have jurisdiction.

11  The Court notes plaintiff's opposition contesting the

12  jurisdiction in Michigan.  That was an issue that could have

13  been raised and should have been raised in Michigan, not

14  before this Court.  The plaintiff seems to conflate diversity

15  jurisdiction for federal court versus a proceeding in state

16  court in Michigan.  The plaintiff is referring to a subpoena,

17  which I am gleaning is an application seeking the plaintiff's

18  assets because the plaintiff does have a judgment against her

19  which was a Michigan judgment properly domesticated in the

20  state of New Jersey.

21      Accordingly, for those reasons, the defendant's motion

22  is granted.  This complaint is dismissed.  The Court notes

23  that there were some applications made by the plaintiff.

24  Counsel on January 2nd, 2020 filed an opposition to those

25  filings.  That's document number 27.  The relief requested is

1    that the motions be terminated.  Plaintiff did not comply with

2    the local rules.  Accordingly, that application is granted.

3    The Court will enter a so ordered order terminating those

4    motions.  And document number 27, the Court will request

5    defendant to please submit a form of judgment for the reasons

6    set forth on the record granting this relief.  The case is

7    closed.

8            MR. WURGAFT:  Thank you, Your Honor.

9            THE COURT:  Thank you.  Good luck, ma'am.

10           (Court concludes at 10:30 a.m.)

1          FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE.

2              - - - - - - - - - - - - - - - - - - - - -

3

4      I certify that the foregoing is a correct transcript from

5   the record of proceedings in the above-entitled matter.

6

7

8      I

9

10

11   **/S/ Megan McKay-Soule, RMR, CRR    March 27, 2020**

12           Court Reporter                        Date

13

14

15

16

17

18

19

20

21

22

23

24

25